# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157327(63)

NOTTINGHAM VILLAGE CONDOMINIUM
ASSOCIATION,
      Plaintiff-Appellant,

v

                                  SC: 157327
                                  COA: 333311

JOHN PENSOM and JANE DOE PENSOM,
      Defendants-Appellees.
_____/

                                    Wayne CC: 12-013643-CH

On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing its reply is GRANTED. The reply submitted on April 26, 2018, is accepted for filing.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2018



Clerk